**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2020

VOSR hearing adjourned from April 15, 2020 to May 26, 2020 at 11:00 a.m.
SO ORDERED.
Dated: 3/31/2020

_____
P. Kevin Castel
United States District Judge

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jonathan Pettiford,* **17 Cr. 301 (PKC)**

Dear Judge Castel:

    A violation of supervised release hearing is presently scheduled in this matter for April 15, 2020 at 10:30 a.m.  The U.S. Probation officers assigned to the defendant's case in both the Southern District of New York and District of New Jersey (where the defendant resides and is supervised) have asked the Government to seek a 30-day adjournment of the hearing on their behalf.  Due to the ongoing public health crisis, the Probation Office only has a skeleton staff available to respond to emergencies.

    The Government and defense counsel both consent to the Probation Office's adjournment request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

cc:   Jennifer Willis, Esq. (by ECF)
      Sonales Gonzalez, USPO SDNY (by email)
      Ivettelis Perez, USPO DNJ (by email)