UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JONATHAN PETTIFORD,

    Defendant(s).
--------------------------------------------------------x

17 CR 301 (PKC)

ORDER

CASTEL, U.S.D.J.

    Under the provisions of the Standing Order of Chief Judge McMahon of March 17, 2020, (M10-468 (20-mc-163)), all further proceedings on the alleged violation of supervised release by Jonathan Pettiford are adjourned pending further Order.

    SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
       May 19, 2020